Melvina A. Jones, Respondent, v. Louisa Green and Others, Appellants. — Motion denied, without costs, on the authority of *Leach* v. *Auwell* (*ante*, p. 170), decided herewith. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Joseph Lacov, Respondent, v. White's Express Company, Appellant.— Motion denied, without costs, on the authority of *Leach* v. *Auwell* (*ante*, p. 170), decided herewith. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Sarah R. O'Rourk, Respondent, v. Maretta J. Braden, Appellant.— Motion denied, without costs, on the authority of *Leach* v. *Auwell* (*ante*, p. 170), decided herewith. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Title Guarantee and Trust Company, Plaintiff, v. Emil Friedman, Defendant.— Motion denied, without costs, on the authority of *Leach* v. *Auwell ante*, p. 170); decided herewith. Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ., concurred.

Lorena Ridgely Jones, Appellant, v. Carolyn A. Dow, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Woodward and Rich, JJ., concurred; Thomas, J., dissented upon the ground that the order was entered *ex parte* and deprived the plaintiff of a statutory right to reply to the answer; Carr, J., not voting.

Granite Associates, Respondent, v. Lippman Realty Company and Others, Defendants, Impleaded with E. J. McLaughlin Company, Appellant.— Motion to dismiss appeal denied, on condition that the appellant file a stipulation within five days to the effect that if successful on the appeal it will confine its claim to the proceeds of the sale already had under the judgment of foreclosure, and perfect its appeal, place the case on the next calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Motion to open default granted, without costs. Present — Hirschberg, Burr, Thomas, Carr and Woodward, JJ.

In the Matter of the Application of James Lane Bunnell for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Lorena Ridgely Jones, Appellant, v. Carolyn A. Dow, Respondent.— Motion denied, and stay vacated, with ten dollars costs. Jenks, P. J., Woodward and Rich, JJ., concurred; Thomas, J., dissented; Carr, J., not voting.

Joseph Madden, Respondent, v. Pittsburg Contracting Company, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Henry J. Pase, Plaintiff, v. Julia Bernheimer, Defendant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Eugene A. Rudiger and Another, Appellants, v. James S. Coleman and Others, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.